# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| NATOCHIA LEWIS, on behalf of Plaintiff and a class, | ) ) ) | |
| Plaintiff, | ) ) | 1:20-cv-05675 |
| vs. | ) ) ) | Judge Seeger |
| BIEHL & BIEHL, INC., | ) ) | |
| Defendant. | ) | |

## NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that Plaintiff Natochia Lewis and Defendant Biehl & Biehl, Inc. (collectively, the "Parties") have settled this matter on an individual basis which will resolve this matter in its entirety. The Parties request 30 days from the date of this Notice to complete the settlement and file a stipulation to dismiss. The Parties further request that all future dates and deadlines be stricken.

Dated: December 23, 2020

Respectfully submitted,

| Attorneys for Plaintiff | Attorneys for Defendant |
|---|---|
| /s/ Daniel S. Miller<br>Daniel A. Edelman<br>Cathleen M. Combs<br>Cassandra P. Miller<br>Daniel S. Miller<br>EDELMAN, COMBS, LATTURNER, & GOODWIN, LLC<br>20 S. Clark Street, Suite 1500<br>Chicago, IL 60603-1824<br>(312) 739-4200<br>(312) 419-0379 (FAX)<br>cmiller@edcombs.com<br>dmiller@edcombs.com<br>courtecl@edcombs.com | /s/ Jennifer W. Weller<br>David M. Schultz<br>Jennifer W. Weller<br>HINSHAW & CULBERTSON LLP<br>151 North Franklin Street, Suite 2500 Chicago, IL 60606<br>T: (312) 704-3000<br>F: (312) 704-3001<br>dschultz@hinshawlaw.com<br>jweller@hinshawlaw.com |

## **CERTIFICATE OF SERVICE**

      I, Daniel S. Miller, certify that on Wednesday, December 23, 2020, I caused a true and accurate copy of the foregoing document to be filed via the courts CM/ECF online system, which sent notice via email to all counsel of record.

                                                  s/*Daniel S. Miller*
                                                  Daniel S. Miller

Daniel A. Edelman
Cathleen M. Combs
Cassandra P. Miller
Daniel S. Miller
**EDELMAN, COMBS, LATTURNER**
      **& GOODWIN, LLC**
20 S. Clark Street, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)
Email Address for service:
courtecl@edcombs.com